UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| PATTON, CAROL ANN | ) | BANKRUPTCY CASE 10-13601 |
| | ) | Chapter 7 |
| | ) | |
| DEBTORS. | ) | |

### NOTICE PURSUANT TO F.R.B.P. 3010

  Comes now the Trustee, Dustin M. Roach, and pays to this Court unclaimed property as follows:

    Claim #10  Carol Ann Patton.           $680.03
           1408 New England Drive
           Fort Wayne, IN 46815

                        Total Check Amount =  $680.03

             Respectfully submitted,

             /s/ Dustin M. Roach
             Dustin M. Roach, Chapter 7 Trustee
             436 East Wayne Street
             Fort Wayne, Indiana   46802
             Telephone: 260-424-8132
             dmrtrustee@vgtlaw.com

CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on the 15th day of July 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

             /s/ Dustin M. Roach
             Dustin M. Roach, Trustee